# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| State of Nevada Superior Court, et al,, | Case No.: 2:18-cv-01807-JAD-VCF |
| Plaintiffs | **Order Remanding Action** |
| v. | |
| Arah Muaba Bey, | [ECF Nos. 2, 7] |
| Defendant | |

Arah Muaba Bey "removed" this traffic-citation matter from the North Las Vegas Justice Court.[1] Having screened this action, the magistrate judge recommends that I remand this case back to the North Las Vegas Justice Court for want of federal jurisdiction because federal courts are courts of limited jurisdiction, and Bey has not demonstrated that anything about this traffic citation has triggered federal jurisdiction.[2] Bey objects,[3] but her sovereign-citizen-style arguments fail to provide any legitimate basis for federal jurisdiction. Accordingly, having reviewed this matter de novo, I find that this case must be remanded for want of jurisdiction for the reasons explained in the report and recommendation.[4]

IT IS THEREFORE ORDERED that the Report and Recommendation **[ECF No. 7] is ADOPTED** in full;

IT IS FURTHER ORDERED that the Clerk of Court is directed to **REMAND this case back to the North Las Vegas Justice Court, case No. 17CRN002427-0000, and CLOSE THIS CASE**;

---

[1] ECF No. 1-1.
[2] ECF No. 7.
[3] *See* ECF Nos. 8, 9.
[4] ECF No. 7.

IT IS FURTHER ORDERED that the Application for Leave to Proceed in forma pauperis **[ECF No. 2] is DENIED as moot.**

Dated: February 18, 2019

_____
U.S. District Judge Jennifer A. Dorsey